UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| GENET NUGESE RODA, | Civil No. 2:20-CV-01638-BAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will:

- Further evaluate all opinion evidence, including the opinion of Tye Powers, M.D., and articulate the persuasive value of those opinions in accordance with the new regulations, explicitly addressing the factors of consistency and supportability.

- Reevaluate subjective complaints and reassess the claimant's residual functional capacity, as needed.

Page 1     ORDER - [2:20-CV-01638-BAT]

- Further develop the record, including providing for a new hearing and issuing a new decision.

Upon proper presentation, this Court will consider Plaintiff's application for cost and attorney's fees under 28 U.S.C. § 4212(d).

DATED this 28th day of May, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Katherine B. Watson
KATHERINE B. WATSON
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2139
Fax: (206) 615-2531
katherine.watson@ssa.gov

Of Counsel:
JAMES E. BIELENBERG JR.
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
James.Bielenberg@ssa.gov